1  STEWART STONE, JR. – BAR NO. 64879
   JAN MARINI SKIN RESEARCH, INC.
2  6951 Via del Oro
   San Jose, CA  95119
3  Telephone:  (408) 362-0130 x389
   Facsimile: (408) 754-3581
4
   Attorneys for Plaintiff
5  JAN MARINI SKIN RESEARCH, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAN MARINI SKIN RESEARCH, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation<br><br>Defendant. | Case No.  C09-04910JF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

### STIPULATION TO DISMISSAL WITH PREJUDICE

The parties having entered into a settlement agreement, the terms of which provide that this action shall be dismissed with prejudice, Plaintiff Jan Marini Skin Research, Inc. and Defendant Federal Express Corporation, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice.

DATED: April 14, 2010                    JAN MARINI SKIN RESEARCH, INC.

                                         By: _____
                                         STEWART STONE, JR.
                                         Attorney for the Plaintiff
                                         JAN MARINI SKIN RESEARCH, INC.

-1-

STIPULATION TO DISMISSAL WITH PREJUDICE

1 | DATED: April 13th, 2010 | FEDERAL EXPRESS CORPORATION

2 | | By: /s/ Robert R. Ross

3 | | ROBERT R. ROSS
  | | *Pro Hac Vice*
4 | | Attorney for the Defendant
  | | FEDERAL EXPRESS CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs incurred.

DATED: April 22, 2010

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE